UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| DAVID CAMERON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>KRISPY KREME, INC., JOSH CHARLESWORTH, and JEREMIAH ASHUKIAN,<br><br>Defendants. | Case No.: 3:25-cv-00332-MOC-SCR<br><br>Hon. Max O. Cogburn, Jr.<br><br>CLASS ACTION<br><br>**ORAL ARGUMENT REQUESTED** |
| ELIZABETH LEODLER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>KRISPY KREME, INC., JOSH CHARLESWORTH, and JEREMIAH ASHUKIAN,<br><br>Defendants. | Case No.: 3:25-cv-00469-MOC-DCK<br><br>Hon. Max O. Cogburn, Jr.<br><br>CLASS ACTION<br><br>**ORAL ARGUMENT REQUESTED** |

**DECLARATION OF WILLIAM R. TERPENING IN SUPPORT OF THE MOTION OF THE WEST PALM BEACH POLICE PENSION FUND FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

I, William R. Terpening, declare as follows:

1. I am a member in good standing of the Bar of the State of North Carolina, and admitted to practice before this Court. I am Founder and Managing Partner of the law firm of Terpening Law PLLC ("Terpening Law"), proposed Local Counsel for the Class in the above-captioned action. I submit this declaration in support of the Motion of the West Palm Beach Police Pension Fund ("WPB Police") for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Counsel. I have personal knowledge of the matters stated therein and, if called upon, I could and would competently testify thereto.

2. Attached hereto are true and correct copies of the following exhibits:

| | |
|---|---|
| EXHIBIT A: | WPB Police's sworn certification, pursuant to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(2); |
| EXHIBIT B: | A chart reflecting WPB Police's transactions and estimated losses; |
| EXHIBIT C: | Notice of pendency of class action published on *BusinessWire* on May 16, 2025; |
| EXHIBIT D: | Firm resume of Saxena White P.A.; and |
| EXHIBIT E: | Firm resume of Terpening Law. |

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge. Executed this 15th day of July, 2025.

*/s/ William R. Terpening*
William R. Terpening

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 15, 2025, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel or parties of record.

<i>/s/ William R. Terpening</i><br>
William R. Terpening