EXHIBIT C

May 16, 2025 6:40 PM Eastern Daylight Time

# DNUT CLASS ACTION NOTICE: The Law Offices of Frank R. Cruz Files Securities Fraud Lawsuit Against Krispy Kreme, Inc.

Share      

LOS ANGELES--(BUSINESS WIRE)--The Law Offices of Frank R. Cruz announces that it has filed a class action lawsuit in the United States District Court for the Western District of North Carolina, captioned *Cameron v. Krispy Kreme, Inc., et al.,* Case No. 25-cv-332, on behalf of persons and entities that purchased or otherwise acquired Krispy Kreme, Inc. ("Krispy Kreme" or the "Company") (NASDAQ: DNUT) securities between **February 25, 2025 and May 7, 2025**, inclusive (the "Class Period"). Plaintiff pursues claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act").

> *DNUT CLASS ACTION NOTICE: The Law Offices of Frank R. Cruz Files Securities Fraud Lawsuit Against Krispy Kreme, Inc.*
>
> Share

Investors are hereby notified that they have until **60 days from this notice** to move the Court to serve as lead plaintiff in this action.

IF YOU SUFFERED A LOSS ON YOUR KRISPY KREME, INC. INVESTMENTS, CLICK HERE TO SUBMIT A CLAIM TO POTENTIALLY RECOVER YOUR LOSSES IN THE ONGOING SECURITIES FRAUD LAWSUIT.

**What Happened?**

On May 8, 2025, before the market opened, Krispy Kreme released its first quarter 2025 financial results, reporting its "net revenue was $375.2 million…a decline of

15.3%" and a "net loss of $33.4 million, compared to prior year net loss of $6.7 million." Additionally, the Company announced that it is "reassessing [its] deployment schedule together with McDonald's" and "withdrawing [its] prior full year outlook and not updating it" due in part to "uncertainty around the McDonald's deployment schedule."

On this news, the price of Krispy Kreme shares fell 24.71%, or $1.07 per share, to close at $3.26 per share on May 8, 2025, on unusually heavy trading volume.

**What Is the Lawsuit About?**

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) that demand for Krispy Kreme products declined materially at McDonald's locations after the initial marketing launch; (2) that demand at McDonald's locations was a driver of declining average sales per door per week; (3) that the partnership with McDonald's was not profitable; (4) that the foregoing posed a substantial risk to maintaining the partnership with McDonald's; (5) that, as a result, the Company would pause expansion into new McDonald's locations; and (6) that, as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

**Contact Us to Participate or Learn More:**

If you purchased Krispy Kreme securities, have information or would like to learn more about these claims, or have any questions concerning this announcement or your rights or interests with respect to these matters, please click HERE or contact us at:

Law Offices of Frank R. Cruz
2121 Avenue of the Stars, Suite 800
Telephone: 310-914-5007
Email: info@frankcruzlaw.com
Visit our website at: www.frankcruzlaw.com

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

Case 3:25-cv-00469-MOC-DCK     Document 14-3     Filed 07/15/25     Page 3 of 4

## Contacts

Law Offices of Frank R. Cruz

2121 Avenue of the Stars, Suite 800

Telephone: 310-914-5007

Email: info@frankcruzlaw.com

Visit our website at: www.frankcruzlaw.com

Industry:        Class Action Lawsuit      Professional Services     Legal



**LAW OFFICES OF FRANK R. CRUZ**

📈 NASDAQ:DNUT

**RELEASE SUMMARY**

DNUT CLASS ACTION NOTICE: The Law Offices of Frank R. Cruz Files Securities Fraud Lawsuit Against Krispy Kreme, Inc.

**RELEASE VERSIONS**

English

**CONTACTS**

Law Offices of Frank R. Cruz

2121 Avenue of the Stars, Suite 800

Telephone: 310-914-5007