IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:25-CV-469-MOC-DCK

| | |
|---|---|
| ELIZABETH LEODLER, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>KRISPY KREME, INC., et al., )<br>)<br>Defendants. )<br>) | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 26) filed by Local Counsel Nathan C. Chase, Jr. on August 21, 2025.

Applicant Scott D. Musoff seeks to appear as counsel *pro hac vice* for Defendants. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 26) is **GRANTED**. Scott D. Musoff is hereby admitted *pro hac vice* to represent Defendants.

**SO ORDERED**.

Signed: August 22, 2025

David C. Keesler
United States Magistrate Judge