UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ELIZABETH LEODLER, Individually, and : 
On Behalf of All Others Similarly Situated, :
                                            :
            Plaintiff,                      :
                                            : Case No. 3:25-cv-00469-MOC-DCK
      v.                                    :
                                            : **JOINT MOTION FOR ENTRY**
KRISPY KREME, INC., JOSH                    : **OF ORDER REGARDING**
CHARLESWORTH, and JEREMIAH                  : **SCHEDULING**
ASHUKIAN,                                   :
                                            :
            Defendants.                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Plaintiff Elizabeth Leodler and Defendants Krispy Kreme, Inc., Josh Charlesworth and Jeremiah Ashukian (the "Parties"), hereby jointly move the Court for entry of the proposed Order attached hereto as Exhibit 1. In support of this motion, the Parties state the following:

Plaintiff Leodler commenced this putative securities class action on June 30, 2025, against Defendants Krispy Kreme, Inc., Charlesworth and Ashukian. Because this putative class action asserts claims under the Securities Exchange Act of 1934, 15 U.S.C. § 78a et seq., it is subject to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"). The PSLRA provides for, among other things, appointment of a lead plaintiff. *See* 15 U.S.C. § 77u-4(a)(3). Lead plaintiff motions were filed on July 15, 2025, in the related action *Cameron v. Krispy Kreme, Inc., et al* (W.D.N.C. 3:25-cv-00332-MOC-SCR), seeking to consolidate this action and the *Cameron* action. *See id.* § 77u-4(a)(3)(A)(i)(II). The request to consolidate remains unopposed.

The Parties have conferred and agree that it would be more efficient to extend the time to answer, move against or otherwise respond to the complaint in this action until after the Court's appointment of a lead plaintiff. The Parties therefore jointly seek an order providing that:

1. Defendants' time to answer, move against or otherwise respond to any complaint in this action is stayed pending consolidation of this action and the *Cameron* action and the Court's appointment of a lead plaintiff.

2. Within seven (7) days following consolidation and appointment of lead plaintiff and lead counsel, Defendants and lead plaintiff will meet and confer and propose a schedule for the filing of any amended complaint and response thereto.

The parties previously requested that Defendants' time to answer be extended in this matter, ECF No. 3. On July 8, 2025, Magistrate Judge Keesler issued an Order extending Defendants' deadline to respond in this matter to August 29, 2025, and further ordered that "the parties may move to extend that deadline, if necessary, at a later date," ECF No. 5. Good cause exists for entry of the proposed Order. The Parties therefore respectfully request that the Court enter the attached proposed Order.

\* \* \*

DATED: August 27, 2025

| | |
|---|---|
| */s/ Ranchor Harris* | */s/ Nathan C. Chase* |
| **RANCHOR HARRIS LAW** | **ROBINSON, BRADSHAW & HINSON, P.A.** |
| 1784 Heritage Center Drive, Suite 204-E | Robert E. Harrington |
| Wake Forest, NC 27587 | N.C. Bar No. 26967 |
| 919-249-5006 (direct line) | rharrington@robinsonbradshaw.com |
| ranchor@ranchorharris.com | Nathan C. Chase, Jr. |
| ranchorharris.com | N.C. Bar No. 39314 |
| 919-589-4845 (facsimile) | nchase@robinsonbradshaw.com |
| | 600 South Tryon Street, Suite 2300 |
| Adam M. Apton (*pro hac vice* forthcoming) | Charlotte, North Carolina 28202 |
| **LEVI & KORSINSKY, LLP** | Telephone: (704) 377.2536 |
| 33 Whitehall Street, 17th Floor | Facsimile: (704) 378.4000 |
| New York, New York 10004 | |
| Tel.: (212) 363-7500 | Scott D. Musoff |
| Fax: (212) 363-7171 | Alexander C. Drylewski |
| Email: aapton@zlk.com | **SKADDEN, ARPS, SLATE,** |
| | **  MEAGHER & FLOM LLP** |
| *Counsel for Plaintiff* | One Manhattan West |
| | New York, New York 10001 |
| | Telephone: (212) 735-3000 |
| | Facsimile: (212) 735-2000 |
| | Scott.musoff@skadden.com |
| | alexander.drylewski@skadden.com |
| | |
| | *Counsel for Defendants Krispy Kreme,* |
| | *Josh Charlesworth, and Jeremiah Ashukian* |

3