# EXHIBIT 1

```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ELIZABETH LEODLER, Individually, and     :
On Behalf of All Others Similarly Situated, :
                                          :
                    Plaintiff,            :
                                          :   Case No. 3:25-cv-00469-MOC-DCK
          v.                              :
                                          :
KRISPY KREME, INC., JOSH                  :
CHARLESWORTH, and JEREMIAH                :
ASHUKIAN,                                 :
                                          :
                    Defendants.           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## [PROPOSED] ORDER REGARDING SCHEDULING

The Court, having considered the parties' Joint Motion for Entry of Order Regarding Scheduling hereby GRANTS the motion and ORDERS as follows:

1. Defendants' time to answer, move against or otherwise respond to any complaint in this action is stayed pending consolidation of this action and *Cameron v. Krispy Kreme, Inc., et al* (W.D.N.C. 3:25-cv-00332-MOC-SCR) and the Court's appointment of a lead plaintiff in these actions.

2. Within seven (7) days following consolidation and appointment of lead plaintiff and lead counsel, Defendants and lead plaintiff will meet and confer and propose a schedule for the filing of any amended complaint and response thereto.