IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:25-CV-469-MOC-DCK

| | | |
|---|---|---|
| ELIZABETH LEODLER, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| KRISPY KREME, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion For Entry Of Order Regarding Scheduling" (Document No. 28) filed August 27, 2025. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion with modification.

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Motion For Entry Of Order Regarding Scheduling" (Document No. 28) is **GRANTED with modification**. Defendants shall file an Answer, or otherwise respond to Plaintiff's Complaint, on or before **October 24, 2025**. In the alternative, Defendants may file a request for an additional extension of time on or about **October 24, 2025**.

**SO ORDERED**.

Signed: August 27, 2025

David C. Keesler
United States Magistrate Judge